**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jeremy Pinson, | No. CV-19-00235-TUC-RM |
| Plaintiff, | **ORDER** |
| v. | |
| Federal Bureau of Prisons, et al., | |
| Defendants. | |

Pending before the Court is Defendants' Motion to Supplement Record. (Doc. 120.)[1] Defendants move to supplement the record regarding their pending Motion for Summary Judgment (Doc. 102). Plaintiff did not file a response to the Motion and the time for doing so has expired. LRCiv 7.2(c).

Defendants state that Program Statement (P.S.) 5200.04 Transgender Offender Manual (5/11/2018) was included as Attachment 1 to Exhibit A to the Statement of Facts. (*See* Doc. 103-2 at 12-29). On January 13, 2022, P.S. 5200.04 was rescinded, and P.S. 5200.08 Transgender Offender Manual (1/13/2022) was issued. (Doc. 120.) Defendants aver that the changes contained in P.S. 5200.08 are consistent with the procedures outlines in the Declaration of Jenna Epplin, included as Exhibit A to the Statement of Facts. (*See* Doc. 103-2 at 2-10). Therefore, Defendants aver that substitution of P.S.

---
[1] Other pending motions will be resolved separately.

5200.08 for P.S. 5200.04 will not substantively impact the analysis of the Motion for Summary Judgment. (Doc. 102.)

Because Defendants have shown good cause for the requested Supplement, and because Plaintiff has not opposed the Motion to Supplement, the Motion will be granted.

Accordingly,

**IT IS ORDERED** that Defendants' Motion to Supplement Record (Doc. 120) is **granted**. The Clerk of Court shall file the proposed Program Statement 5200.08 Transgender Offender Manual (lodged at Doc. 121).

Dated this 4th day of March, 2022.

Honorable Rosemary Márquez
United States District Judge